Incident Report - Hope Kitts, Former Employee, Part-Time Program Specialist, Juvenile Diversion
Sunday, July 8, 2012
RE: Carlos Martinez – Sexual Harassment

I received an email from Hope Kitts, former Juvenile Diversion (J.D.) part-time program specialist, at 1:37am, Sunday morning, July 8, 2012. (see copy of email)

Her email asked that I call her at my convenience. After a couple of attempts, I received a text message from her, at 12:34pm, telling me that she would be meeting with Liza Bley and Juliana dos Santos Cabral, two other J.D. part-time program specialists, at 1:00pm. She asked if she could call me after that meeting.

At approximately 3:45pm, we finally spoke. She stated that she wanted to talk to me about the real reason for her resignation from the Juvenile Diversion program.

She stated that Carlos Martinez had made unwanted sexual advances towards her for a period of time, approximately five to six weeks ago (end of May, first part of June). She also stated that after dealing with the whole situation, and finally put her foot down, telling him no had created a hostile work environment.

She stated that she was, and is, inherently uncomfortable because she was a subordinate and felt powerless, given his position of authority as a manager.

I asked Hope if she met with Liza and Juliana because of this situation and asked if she had shared these details with them. She stated that she had talked only with Liza because Juliana did not attend the meeting.

Hope also stated that Liza gave her permission to tell me that she had a very similar experience with Carlos making unwanted advances towards her as well.

I then asked Hope to give me more detail regarding the unwanted sexual advances. She stated that she was not willing, at this time, to discuss the details as she had been advised to consult with her family attorney before sharing more.

She did state that Carlos made multiple, unwanted sexual advances which she dealt with until she finally told him no and to stop.

Hope then asked what the process was to move forward. I told her that there is a process that I need to follow up with in an effort to fact-find on both sides. I also told that this effort and process in no way diminishes the details she provided and that we take them very seriously.

I told that, ideally, I need a written statement directly from her with all of the details of the situation. She again commented about her family attorney and asked if she should have him contact me. I told her it was her choice on how to proceed and that I would leave it up to her on how she wished to communicate.

She stated that she absolutely wanted to share the details of the unwanted advances but wanted to check with her attorney first.

EXHIBIT C

BSA 000080

She also stated that she wants Carlos to be held accountable for his actions as she no longer has the additional income from her paycheck that she needs to help make ends meet. She also stated that she is concerned given that there have been other similar circumstances between Carlos and Liza. She stated that, given that history and pattern, she does not want this to happen to someone else.

She stated that she is the one who has lost out on the opportunity to work in the J.D. program. She said that she would come back immediately if Carlos was not working in the office.

She thanked me for my time. Given the fact that the conversation was on a Sunday, over the weekend, I told her that I would be back in touch with her within a day or so, regarding the process and next steps.


Submitted by:
Lloyd Lyman
Director of Field Service
Great Southwest Council