IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARLOS E. MARTINEZ
         Plaintiff,

vs.                               No. 13-cv-1049 RB/RHS

GREAT SOUTHWEST COUNCIL-
BOY SCOUTS OF AMERICA,
THE BOY SCOUTS OF AMERICA and
CHRIS SHELBY, in his individual capacity,

         Defendants.

### STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

THIS MATTER, having come before the Court upon stipulation by all parties that Defendant Chris Shelby be dismissed from this matter with prejudice, and the Court otherwise being fully advised in the premises, finds the Stipulation is well taken:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all complaints, claims, and causes of action of any kind brought or that could have been brought against Defendant Chris Shelby in the above-captioned cause of action shall be and hereby are dismissed in their entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

_____
THE HON. ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE

**Submitted by and stipulated to:**

KELEHER & McLEOD, P.A.


By: _/s/ S. Charles Archuleta_
    S. Charles Archuleta
    PO Box AA
    Albuquerque, NM  87103

1

Telephone:  (505) 346-4646
sca@keleher-law.com

*Attorneys for Defendants*

**Stipulated to:**

LAW OFFICES OF MICHAEL E. MOZES, PC

By: */s/ Michael E. Mozes via email 12/01/14*
    Michael E. Mozes
    5732 Osuna Road NE
    Albuquerque, NM  87109
    Telephone:  (505)880-1200
    michael@mozeslawoffice.com

*Attorneys for Plaintiff*

4822-9100-7264, v.  1